IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKLIN GERAC-DUDLEY, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-05-2768 |
| | § | |
| KATHLEEN PETERSON, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy of this Order to the parties.

SIGNED at Houston, Texas, on July 27, 2006.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE